# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

United States of America
        Plaintiff(s)

vs.                                      Civil No. 97-1016 (SEC)

The Estate of Rafael Orlando Gonzalez Franco
        Defendant(s)

RECEIVED & FILED
99 SEP 29 AM 7:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 12/3/98   DOCKET: 13

[✓] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

TITLE: Request for Permission for Service of Summons by Publication

DISPOSITION:

[✓] GRANTED                    [ ] DENIED

[ ] NOTED                      [ ] MOOT

| ADDITIONAL COMMENTS: |
|---|

Plaintiff shall file the appropriate motion for service of summons by publication with supporting documents.

(1)

9/27/99
_____
DATE

_____
SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

(15)