IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA       *
                               *
Plaintiff                      *       Civil No. 97-1016(SEC)
                               *
v.                             *
                               *
ESTATE OF RAFAEL ORLANDO       *
GONZALEZ, et al.               *
                               *
Defendants                     *
************************************

## ORDER

On October 29, 1999, the Court granted plaintiff's motion for service by publication. In granting this motion, the Court ordered plaintiff to inform the Court within 20 days thereafter whether service had been effected. (**Docket # 17**). More than 5 months have elapsed since then, and plaintiff has failed to comply with the Court's order. Accordingly, the Court hereby **ORDERS** plaintiff to **SHOW CAUSE** within **ten (10) days** from the filing date of this order why this case should not be dismissed for lack of prosecution pursuant to Fed. R. Civ. P. 41(b). Failure to comply with this order will result in the dismissal of this action.

**SO ORDERED.**

In San Juan, Puerto Rico, this 9TH day of May, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)