UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
   Plaintiff

            v.                  Civil No. 97-1016(SEC)

THE ESTATE OF RAFAEL ORLANDO
GONZALEZ FRANCO, et al.
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 19**<br>"Motion In Compliance with Order" | As stated in the Court's order of May 9, 2000, the order granting plaintiff's request for service by publication was issued on **October 29, 1999**. If plaintiff had not been notified of the latter order, it should have contacted the Clerk's office. Accordingly, plaintiff is hereby **granted** an extension of **ten (10) days** to effect service by publication and resume the prosecution of this case. Plaintiff shall inform the Court about its compliance with this order. Noncompliance will result in the dismissal of this action for lack of prosecution. |

DATE: June 21, 2000

/s/ SALVADOR E. CASELLAS
United States District Judge

