## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

*United States of America*
_____
Plaintiff(s)

v.

*Estate of Rafael Orlando Gonzalez Franco*
_____
Defendant(s)

Civil No. *97-1016* (SEC)

RECEIVED & FILED
JUN 18 PM 5: 33

| DESCRIPTION OF MOTION |
|---|

DATE FILED: *6-12-01*   DOCKET #: *29*   TITLE: *Motion to Set Aside Sale.*

[✓] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)   [ ] Joint

DISPOSITION:

[✓] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

| COMMENTS |
|---|

1. The 5-4-01 sale is set aside
2. The funds shall be reimbursed to the successful bidder.
3. A new writ of execution of judgment shall be issued.

*18 VI 01*
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

c: